[No. 44555-3-I.   Division One.   January 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. M.V., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-08300-1, John M. Darrah, J., entered April 14, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 46333-1-I.   Division One.   January 29, 2001.]

RICHARD FOREMAN, ET AL., *Respondents*, v. GK INDUSTRIAL REFUSE SYSTEMS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-18315-1, Donald D. Haley, J., entered February 23, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46138-9-I.   Division One.   January 29, 2001.]

CHINATOWN-INTERNATIONAL DISTRICT/SAVE LANE STREET, *Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-26459-4, J. Kathleen Learned, J., entered July 14, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Kennedy, JJ.

[No. 45769-1-I.   Division One.   January 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL S. DOANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08695-0, William L. Downing, J., entered December 14, 1999. *Reversed* by unpublished per curiam opinion.